**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CARMEN MALLMANN,

   Plaintiff,

                                            CASE NO: 8:17-cv-02278-MSS-AEP

-vs-

CAPITAL ONE BANK (USA) N.A.,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, CARMEN MALLMANN, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, CARMEN MALLMANN, and Defendant, CAPITAL ONE BANK (USA) N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                       ***/s/ Shaughn C. Hill***_____
                                                       SHAUGHN C. HILL, ESQUIRE
                                                       Florida Bar No. 105998
                                                       MORGAN & MORGAN, TAMPA, P.A.
                                                      One Tampa City Center
                                                      201 N. Franklin Street, Suite 700
                                                      Tampa, FL 33602
                                                      Telephone:  (813) 223-5505
                                                      Facsimile:   (813) 223-5402
                                                      Primary Email: SHill@ForThePeople.com
                                                      Secondary: LCrouch@ForThePeople.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998